1  GOLDSMITH & BURNS
   ATTORNEY FOR THE PLAINTIFF
2     18425 BURBANK BLVD., SUITE 708
      TARZANA, CA  91356
3     818-708-2585
   Attorneys for the Plaintiff
4
                    UNITED STATES DISTRICT COURT
5                   CENTRAL DISTRICT OF CALIFORNIA

6  UNITED STATES OF AMERICA,          COURT NO: 90 A 91097
                  Plaintiff,
7
8          v.                         DEFAULT JUDGMENT

9  FREDDIE C. HUGHES
   A/K/A FREDDIE C. HOUSE
10
                  Defendant(s).
11

          In the above-entitled action, an affidavit on behalf of the
12
   plaintiff satisfying the requirements of Rule 55 having been filed;
13
          IT IS ADJUDGED that the United States of America, plaintiff,
14
   do have and recover of and from FREDDIE C. HUGHES aka FREDDIE C. HOUSE
15
   the sum of $3,458.98 as principal, $98.57 as accrued prejudgment
16
   interest, $140.00 administrative charges, and $68.50 costs,
17
   plus $545.89 attorney fees for a total amount of $4,311.94,
18
   plus interest at the current rate until entry of judgment.
19
          Judgment to accrue interest at the legal rate until paid.
20
          DATED:
21
                    APR  9 1991        LEONARD A. BROSNAN, CLERK
22                                     U.S. District Court
23                                     Central District of California

24                                     By: LINDA CHAI
25                                         Deputy Clerk

26

27

28